IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCCO SYLVESTER, JR.,

    Plaintiff,

v.

MORT'S CONCRETE, INC., and
KEVIN MORTIMER,

    Defendants.

Civil Action No. 09-CV-608

## ANSWER OF DEFENDANT KEVIN MORTIMER

Defendant Kevin Mortimer, by his attorneys, Krekeler Strother, S.C., answers the Plaintiff's Complaint as follows:

1. Admits the allegations contained in paragraphs 1 through 8 of the Complaint.

2. Answering paragraph 9, Defendant admits that Plaintiff was reemployed in a nonsupervisory position and that he received less hours before his military deployment, but Defendant affirmatively asserts that many of his other employees also had reduced hours due to fewer construction projects as a result of a worsening economy.

3. Answering paragraph 10, Defendant admits Plaintiff resigned but Defendant is without knowledge or information sufficient to form a belief as to specific reasons Plaintiff resigned.

4. Denies the allegations contained in paragraph 11 of the Complaint.

WHEREFORE, Defendant requests that the Court enter an order determining the rights and interests of the parties herein, and for such other and further relief as the Court deems just and equitable.

Dated this 18th day of December, 2009.

                                  **KREKELER STROTHER, S.C.**

By: _____
      Kristin J. Sederholm
      State Bar No. 1001895
      Attorneys for Defendant
      Kevin Mortimer

**ADDRESS:**
15 N. Pinckney Street, Suite 200
P.O. Box 828
Madison, WI 53701-0828
(608) 258-8555