IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

Rocco Sylvester, Jr.,

       Plaintiff,

                                          Case No.: 09-cv-608

vs.

Mort's Concrete, Inc., and
Kevin Mortimer,

       Defendants

---

### ENTRY OF DEFAULT

      Plaintiff Rocco Sylvester, Jr. requests that the clerk of court enter default against Defendant Mort's Concrete, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant Mort's Concrete, Inc., has failed to appear, plead or otherwise defend, the default of Defendant Mort's Concrete, Inc., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

      Dated this 19th day of January 2010.

                                                          Peter Oppeneer, Clerk of Court